# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Charles Berry, Jr.,<br>*Plaintiff*<br>v.<br>Skip Darwin,<br>*Defendant* | )<br>)<br>)<br>)<br>) | Civil Action No.  2:10-481-MBS |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: <u>the plaintiff, Charles Berry Jr., take nothing of the defendant, Skip Darwin, and this case is dismissed without prejudice and without issuance and service of process.</u>

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ <u>decision by the Honorable Margaret B. Seymour, United States District Judge presiding. The issues having been reviewed by the Honorable Robert S. Carr, United States Magistrate Judge, who recommended in his Report and Recommendation that this case be dismissed.</u>

*CLERK OF COURT*

Date: April 23, 2010

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*